UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Austin M New | ) | CASE NO. 17-11140 |
| Tiffany New | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

**<u>ORDER</u>**

The debtor or the debtor's attorney having moved the Court for a continuance of the Section 341 Meeting in this proceeding:

IT IS HEREBY ORDERED AND ADJUDGED that the 341 Meeting in this case be continued to the next available calendar date.

The Clerk's Office shall notify all parties in interest of the date, time and location of the rescheduled meeting.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: February 18, 2018

sg