# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Austin M New and<br>Tiffany New | Case No.:17–11140–jal |
| Debtor(s) | Chapter: 7 |

# NOTICE OF CONTINUED MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the meeting of creditors in the above referenced case has been rescheduled. The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are encouraged but are not required to attend.

William Natcher Federal Courthouse, 241 East Main Street, Third Floor, Bowling Green, KY 42101

on 3/9/18 at 03:00 PM

This case may be dismissed without further notice for failure to attend this meeting.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 2/20/18

By: sg
Deputy Clerk

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
Elizabeth H. Parks, Clerk